**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ROGER BARONE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-442-RWS-JBB |
| | § | |
| LYFT, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The above case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. On June 9, 2026, the magistrate judge issued a report and recommendation, recommending that Plaintiff's case be dismissed without prejudice. Docket No. 6.

On April 30, 2026, the Court ordered Plaintiff to pay the full filing fee of $405.00 within thirty (30) days of receipt of the order. Docket No. 5 at 2. Plaintiff was advised that failure to do so within the time prescribed might result in dismissal of this lawsuit. *Id.* at 3. Plaintiff received a copy of the April 30, 2026 order via electronic notification (Docket No. 4), but he did not pay the filing fee. On June 9, 2026, the magistrate judge recommended dismissal under Federal Rule of Civil Procedure 41(b). Docket No. 6. A copy of the report and recommendation was sent to Plaintiff via electronic notification, but no objections have been filed.

Because no objections have been received, Plaintiff is barred from *de novo* review by the District Judge of the findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017). After review, the Court concludes that the report and recommendation of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert.*

*denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation of the magistrate judge (Docket No. 6) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to close the case.

 **So ORDERED and SIGNED this 13th day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE